UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DONNA WOODS,

    Plaintiff,

vs.                              Case No. 3:17-cv-1347-J-34MCR

THE UNITED STATES OF AMERICA,

    Defendant.
_____/

# O R D E R

**THIS CAUSE** is before the Court on the Report and Recommendation (Dkt. No. 29; Report), entered by the Honorable Monte C. Richardson, United States Magistrate Judge, on January 3, 2019. In the Report, Judge Richardson recommends that the United States' Motion to Dismiss (Dkt. No. 14) be denied and that the United States be directed to answer the Complaint (Dkt. No. 1) within fourteen days. See Report at 1, 12. No objections to the Report have been filed, and the time for doing so has passed.

The Court "may accept, reject, or modify, in whole or in part, the finding or recommendations by the magistrate judge." 28 U.S.C. § 636(b). If no specific objections to findings of facts are filed, the district court is not required to conduct a de novo review of those findings. See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993); see also 28 U.S.C. § 636(b)(1). However, the district court must review legal conclusions de novo. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); United States v. Rice, No. 2:07-mc-8-FtM-29SPC, 2007 WL 1428615, at *1 (M.D. Fla. May 14, 2007).

Upon independent review of the file and for the reasons stated in the Magistrate Judge's Report, the Court will accept and adopt the legal and factual conclusions recommended by the Magistrate Judge. Accordingly, it is hereby

**ORDERED:**

1. The Magistrate Judge's Report and Recommendation (Dkt. No. 29) is **ADOPTED** as the opinion of the Court.

2. Defendant the United States of America's Motion to Dismiss (Dkt. No. 14) is **DENIED**.

3. Defendant the United States of America shall have up to and including **February 19, 2019**, to file an answer to the Complaint (Dkt. No. 1).

**DONE AND ORDERED** in Jacksonville, Florida, this 5th day of February 2019.

*Marcia Morales Howard*
MARCIA MORALES HOWARD
United States District Judge

i43

Copies to:

Counsel of Record